1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## EASTERN DISTRICT OF CALIFORNIA

9

10   REX OSEI ADDO,                                Case No.  1:13-cv-01830-LJO-DLB PC

11              Plaintiff,                         ORDER DISMISSING ACTION AND
                                                   DIRECTING CLERK'S OFFICE TO SEND
12        v.                                       COURTESY COPY TO YOUNG YIL JO

13   SIX UNKNOWN NAMES AGENTS, et al.,             (ECF No. 1)

14              Defendants.

15   _____/

16        On November 13, 2013, Young Yil Jo filed a civil rights complaint, purportedly on behalf

17   of Rex Osei Addo.[1]  Mr. Jo is not an attorney and he is precluded from filing cases on the behalf

18   of anyone but himself.  *Johns v. County of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997); *C. E.*

19   *Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987).

20        This action is HEREBY ORDERED DISMISSED.  Given the Court's inability to serve the

21   order on Mr. Addo, the Clerk's Office shall serve a copy of this order on Young Yil Jo, #01183-

22   112, Etowah County Jail, 827 Forrest Ave., Gadsen, AL, 35901.

23

24   IT IS SO ORDERED.

25

26   Dated:   **November 15, 2013**            **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE

27

28
_____
[1] The complaint is not signed and it sets forth no intelligible claims for relief.  No address is provided for Mr. Addo.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28